UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.   07-186M |
| v. | ) | |
| MARKUS DEON CARPENTER, | ) | DETENTION ORDER |
| Defendant. | ) | |

Offense charged:

    Bank Robbery, in violation of Title 18, U.S.C., Sections 2113(a) and (d).

Date of Detention Hearing:   April 18, 2007

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Annette Hayes.  The defendant was represented by Jay Stansell.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant was detained for several reasons beginning with his lack of stable employment.

(2) Defendant is viewed as a risk of danger and a risk of flight due to his criminal history which includes a conviction for 1st Degree Escape.

(3) He has a Washington state supervision record that includes absconding

DETENTION ORDER
PAGE -1-

from custody.

(4) At the time of arrest for the current charge, a "loaded" .357 magnum was discovered in Defendant's vehicle.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge